IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT ANDERSON,                          :
    Petitioner                           :    No. 1:21-cv-00825
                                         :
    v.                                   :    (Judge Kane)
                                         :
CHAD WAKEFIELD, et al.,                  :
    Respondents                          :

# ORDER

**AND NOW**, on this 30th day of September, 2022, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DENIED WITH PREJUDICE**;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                            s/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                           Middle District of Pennsylvania